# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Docket No. 3:14-mj-40 |
| ) | |
| **v.** ) | |
| ) | |
| **DANNY CRAWFORD DYE** *et al* ) | **ORDER** |

This matter is before the Court upon Motion of the Government, with consent of the Defendants, to dismiss the above-captioned criminal Complaint without prejudice. For the reasons stated in the Government's Motion,

**IT IS HEREBY ORDERED** that the criminal Complaint in this case be dismissed without prejudice.

**SO ORDERED**.

Signed: April 25, 2014

David C. Keesler
United States Magistrate Judge